IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00174-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

OFFICER MR. F. DYCUS, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendants' motion to dismiss or for summary judgment (doc. no. 284) is stricken. *See* Judge Miller's Pretrial and Trial Procedures 6.2.


Dated: August 11, 2008              _____
                                                         s/ Jane Trexler, Judicial Assistant