IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-00174-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

OFFICER MR. F. DYCUS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Unopposed Motion to Exceed Page Limitation for Dispositive Motion (Docket No. 286) is granted, and the Defendants' Motion to Dismiss or Alternatively for Summary Judgment (Docket No. 287) is accepted for filing. Plaintiff shall file a response to the Defendants' Motion to Dismiss or Alternatively for Summary Judgment (Docket No. 287) on or before September 4, 2008.

Date: August 12, 2008