IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-00174-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

OFFICER MR. F. DYCUS, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion to Compel the Defendants to Comply with Fed.R.Civ.P. 5 and Objection to Date Being Set to Respond to Defendants Motion to Dismiss (Docket No. 290) is granted to the extent indicated in the ordered paragraph below.  The court notes that the Certificate of Mailing on the Defendants' Motion to Dismiss or Alternatively for Summary Judgment (Docket No. 287 at 25) states that a copy of that motion was mailed to plaintiff on August 12, 2008.  Plaintiff complains that as of August 15, 2008, he had not yet received a copy of that motion.  Even though plaintiff did not allow adequate time for delivery of that motion before seeking seeking relief in the instant motion, the court will direct as follows.  It is hereby

    ORDERED that the Clerk of Court shall mail to plaintiff, along with a copy of this Minute Order, a copy of Defendants' Motion to Dismiss or Alternatively for Summary Judgment (Docket No. 287), including the attachments.  Plaintiff's deadline for filing a response to that motion is hereby extended up to and including September 18, 2008.  No further extensions will be granted absent extraordinary cause.

Date: August 25, 2008