IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-00174-CMA-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

OFFICER MR. F. DYCUS, et al.,

Defendants.

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that plaintiff's Motion for Leave to File Supplement to Plaintiff's Response to Defendants Motion to Dismiss or Alternatively Summary Judgment **(Docket No. 310)** is **granted**, and the Plaintiff's Supplement Response to Defendants' Motion to Dismiss or Alternatively for Summary Judgment (Docket No. 310-2) is accepted for filing. It is thus further

**ORDERED** that plaintiff's Request for Documents **(Docket Nos. 307 and 309)** are **denied**. It is further

**ORDERED** that the plaintiff's Second Motion to Compel the Defendants to Comply with Fed R. Civ. P. Rule 5 **(Docket No. 318)** is **denied**. According to defendants' certificates of mailing, they are sending plaintiff copies of documents filed with the court. Plaintiff yet again is not allowing adequate time for such mailings to get through defense counsel's office and then to and through the correctional facility to plaintiff before seeking relief from the court (i.e., plaintiff cites as an example that defendants mailed him a motion on Wednesday, October 8, but as of Monday, October 13, a Federal holiday, he had not received it.).

It is further **ORDERED** that Defendants' Motion for Extension of Time to File a Response to Plaintiff's Motion for Summary Judgment **(Docket No. 324)** is **granted**, and defendants shall thus have up to and including December 10, 2008, to file a response to Plaintiff's Motion for Summary Judgment (Docket No. 315).

Date: November 21, 2008