IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 03-cv-00174-CMA-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

OFFICER MR. F. DYCUS, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that Plaintiff's Request for Magistrate Judge Watanabe's Recommendations on Motion to Dismiss and Summary Judgment and Order Extending Response Time (Docket No. 349) is granted. It is thus hereby

    **ORDERED** that the Clerk of Court shall forthwith mail another copy of this court's Recommendation (Docket No. 346) to the plaintiff. It is further

    **ORDERED** that the plaintiff shall have up to and including April 20, 2009, to file any and all objections to that Recommendation. No further extensions will be granted.

Date: March 24, 2009