**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 03-cv-00174-CMA-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

F. DYCUS,
MR. GILBERT,
OFFICER MR. DOMENICO, and
MS. TRAUB,

    Defendants.

## ORDER REGARDING OUTSTANDING MOTIONS

    This matter is before the Court on Defendants' Motion for Award of Costs (Doc. # 374) and Plaintiff's Motion for Extension of Time to Submit Motion for Reconsideration (Doc. # 376).  The Court DENIES both motions.

    First, regarding Defendant's Motion for Costs, the Court has discretion to award costs under Federal Rule 54.  *See Rodriquez v. Whiting Farms, Inc.*, 360 F.3d 1180, 1190 (10th Cir. 2004).  Although Federal Rule 54 creates a presumption in favor of awarding costs to the prevailing party, *i.e.*, Defendants, Plaintiff is a *pro se* prisoner litigant who prosecuted this case under 28 U.S.C. § 1915.  In other words, Plaintiff proceeded *in forma pauperis*.  As such, the Court will not try to squeeze blood from a turnip by awarding Defendants costs in this case.  Moreover, Plaintiff's claims were not frivolous or utterly without merit, so awarding costs against Plaintiff would not serve any punitive goal.

Second, regarding Plaintiff's Motion for Extension, the short time limits contained in Federal Rule 59 encourage finality.  Plaintiff has not presented the Court with good cause for granting the extension of time he requests, thus, the Court will not deviate from that policy goal by extending the deadline in that Rule.

Accordingly,

Defendants' Motion for Award of Costs (Doc. # 374) and Plaintiff's Motion for Extension (Doc. # 376) are DENIED.

DATED:  September   11  , 2009

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge